# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEEL RIVER SYSTEMS, LLC, JAY D. HEATH, ) <br> BEVERLY G. STOLL, AMBER BOWER, and ) <br> JOEL COURTNEY, individually and on behalf of ) <br> all others similarly situated, ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-50224 <br><br> Hon. Philip G. Reinhard <br> Magistrate Judge Lisa A. Jensen |

## SCOTTSDALE INSURANCE COMPANY'S NOTICE OF
## VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, Scottsdale Insurance Company, by undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing this action without prejudice as to Defendant Steel River Systems, LLC, and Defendants Jay D. Heath, Beverly G. Stoll, Amber Bower, and Joel Courtney, individually and on behalf of all others similarly situated.

DATE: December 11, 2023              Respectfully submitted,

                                     By: /s/ Glenn A. Klinger
                                         Attorney for Scottsdale Insurance Company

Jonathan L. Schwartz
Glenn A. Klinger
FREEMAN MATHIS & GARY, LLP
33 N. Dearborn St., Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
Jonathan.Schwartz@fmglaw.com
Glenn.Klinger@fmglaw.com